UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                     :
:
            -v-                              :          17-CR-322 (JMF)
:
EUGENE SUMMERS,                              :          ORDER
:
                    Defendants.              :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the time for the violation of supervised release conference in this matter, scheduled for tomorrow, **January 27, 2022**, is changed from 3:00 p.m. to **4:30 p.m.** and will be held via **teleconference.** Defendant, counsel, members of the press, and the public may access the conference by calling **888-363-4749 and using access code 542-1540#.** Members of the press and public will not be permitted to speak during the conference. In accordance with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: February 3, 2021
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge